# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS SARVER,<br><br>  Plaintiff,<br><br>v.<br><br>CONTACT US COMMUNICATIONS,<br><br>  Defendant. | Case No. 2:21-CV-517 |

## STIPULATION OF DISMISSAL

Plaintiff, Nicholas Sarver, by and through the undersigned counsel, hereby stipulates to the dismissal, with prejudice, of all claims pursuant to Rule 41 of the Federal Rules of Civil procedures.

Dated: February 21, 2022

Respectfully submitted,

_____
**Prabhu Narahari, Esq.**
PA ID No. 323895

**MANES & NARAHARI, LLC**
Law & Finance Building
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
(412) 626-5588 Direct
(412) 650-4845 Fax
pn@manesnarahari.com