IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS SARVER,<br><br>  Plaintiff,<br><br>v.<br><br>CONTACT US COMMUNICATIONS,<br><br>  Defendant. | Case No. 2:21-CV-517 |

## ORDER

AND NOW, this 22nd day of February, 2022, upon consideration of Plaintiff's Stipulation of Dismissal with Prejudice, it is hereby ORDERED that Plaintiff's Stipulation is GRANTED.

*Marilyn J. Horan*, J.